UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-07-2053-FVS |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO MODIFY AND SETTING CONDITIONS ON RELEASE |
| CHRISTOPHER B. GHOSTDOG, | |
| Defendant. | |

Defendant has successfully completed in patient drug treatment, and has requested that he continue his treatment as an out-patient. (Ct. Rec. 30). The court finds that it would be appropriate to modify the conditions of release to allow the defendant to continue treatment and to reside at a clean and sober house. Accordingly, **IT IS ORDERED** that defendant's motion to modify conditions of release (**Ct. Rec. 30**) is **GRANTED**.

It is **FURTHER ORDERED** that the defendant is released to enter a clean and sober house, and to comply with the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law.

2. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

ORDER GRANTING MOTION TO
MODIFY AND SETTING CONDITIONS
ON RELEASE                 1

3.  The defendant shall reside at Community Unity Housing, a clean and sober house, located at 62636 Hwy 97 S., Toppenish, Washington, until further order of the court.

4.  The defendant shall not possess or have in his residence any firearms, destructive devices or other dangerous weapons.

5.  Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

6.  The defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Defendant shall submit to urinalysis testing up to six times per month. The Defendant shall also submit to breathalyser testing at the discretion of U.S. Probation. Defendant shall be responsible for the cost of testing and evaluation unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation but shall only conduct any testing at a public facility.

7.  The defendant shall not have contact with any individuals involved in this matter, either directly or indirectly, including the alleged victim.

ORDER GRANTING MOTION TO
MODIFY AND SETTING CONDITIONS
ON RELEASE                                2

    8.   The defendant shall report to the United States Probation Office before or immediately after his release and shall report at such times and in such manner as they direct.

**You are advised that a violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of your release and prosecution for contempt of court which could provide for imprisonment, a fine or both. Specifically, you are advised that a separate offense is established by the knowing failure to appear and that an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence you may incur.**

DATED this _____2nd_____ day of August, 2007.

                                            S/Cynthia Imbrogno
                                            CYNTHIA IMBROGNO
                                UNITED STATES MAGISTRATE JUDGE